IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL HETZNECKER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL SECURITY AGENCY, CENTRAL INTELLIGENCE AGENCY, and FEDERAL BUREAU OF INVESTIGATION, | : : : : | No. 16-945 |
| Defendants. | : | |

### ORDER

**AND NOW**, this **20th** day of **January**, **2017**, upon consideration of Defendant's Motion for Reconsideration, Plaintiff's Response thereto, and for the reasons set forth in this Court's Memorandum dated January 20, 2017, it is hereby **ORDERED** that the motion (Document No. 15) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**