# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL HETZNECKER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL SECURITY AGENCY, | : | |
| CENTRAL INTELLIGENCE | : | |
| AGENCY, and FEDERAL BUREAU | : | |
| OF INVESTIGATION, | : | No. 16-945 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **August**, **2017**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Response thereto, Defendants' Reply thereon, and for the reasons set forth in this Court's Memorandum dated August 23, 2017, it is hereby **ORDERED** that:

1. The motion (Document No. 10) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller
_____
**Berle M. Schiller, J.**